UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BOARD OF TRUSTEES OF THE LABORERS HEALTH AND WELFARE TRUST FUND FOR NORTHERN CALIFORNIA, et al.,<br><br>　　　　Plaintiffs,<br><br>　　v.<br><br>A1 ABATEMENT GROUP, INC.,<br><br>　　　　Defendant. | Case No.  25-cv-01930-RFL<br><br>**JUDGMENT** |

Pursuant to the Court's order adopting Magistrate Judge Ryu's Report and Recommendation and the grant of Plaintiffs' motion for default judgment, IT IS HEREBY ORDERED AND ADJUDGED that default judgment is entered in favor of Plaintiffs and against Defendant as follows:

| | |
|---|---|
| Unpaid contributions (29 U.S.C. § 1332(g)(2)(A)) | $16,920.95 |
| Interest (29 U.S.C. § 1332(g)(2)(B)) | $9,005.81 |
| Interest (29 U.S.C. § 1332(g)(2)(C)(i)) | $9,005.81 |
| Attorneys' Fees | $6,545.00 |
| Costs | $655.50 |
| **TOTAL** | $42,133.07 |

**IT IS SO ORDERED.**

Dated: January 12, 2026

　　　　　　　　　　　　　　　　　　　　　RITA F. LIN
　　　　　　　　　　　　　　　　　　　　　United States District Judge